# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

120 BROADWAY

13TH FLOOR

NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com

SOPHIA REE
MEMBER
TEL: (212) 393-7923
EMAIL: sree@lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

August 28, 2020

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Leona Kyle v. Amtrak, et al.</u>
<u>Case No.:  20 Civ. 5526 (NRB)</u>

> Application granted.  The initial pretrial conference is adjourned until September 21, 2020 at 12:00 pm.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated: August 28, 2020

Dear Judge Buchwald:

This office represents defendants National Railroad Passenger Corporation d/b/a/ Amtrak, Long Island Railroad d/b/a MTA Long Island Railroad, and New Jersey Transit ("Defendants") in the above referenced matter.  Defendants respectfully request that the initial pretrial conference currently scheduled for September 2, 2020, be adjourned and/or rescheduled as Defendants' counsel has a conflict.

Plaintiff consents to the requested adjournment. As such, all parties are available for the initial pretrial conference on September 15 or September 21, 12:00 p.m., or another date that may be convenient for the Court.  The requested adjournment will not affect any other scheduled discovery deadlines.

Thank you for your courtesy and consideration in this matter.

Respectfully,

/s/

Sophia Ree

cc:   Frederick K. Brewington, Esq. (via e-mail)

4840-2316-7945v.1