# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

PATRICIA HINES
ASSOCIATE

TEL: (212) 238-4804
EMAIL: phines@lcbf.com

120 BROADWAY

13TH FLOOR

NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

July 6, 2021

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 7, 2021

Re:   *Leona Kyle v. Amtrak, et al.*
      Case No.: 20 Civ. 5526 (NRB)

Dear Judge Buchwald:

     We represent defendants National Railroad Passenger Corporation ("Amtrak"), Long Island Railroad d/b/a MTA Long Island Railroad ("LIRR"), New Jersey Transit Corporation ("NJT"), and Metropolitan Transit Authority ("MTA") (Amtrak, LIRR, NJT and MTA collectively referred to as "Defendants"), in the above referenced matter. We write this letter upon the Court's request, and on behalf of both parties, to provide an update on the status of discovery.

     The parties are still engaging in discovery. Defendants provided their Automatic Disclosure pursuant to Rule 26(a) to Plaintiff on May 14, 2021, and previously served Defendants' Supplemental Demand to Plaintiff on January 11, 2021, and Defendants' First Set of Interrogatories and Request for Production of Documents to Plaintiff on September 9, 2020. Plaintiff has advised that within the next two weeks, he will provide Plaintiff's Rule 26 Disclosure, and respond to Defendants' demands. We anticipate scheduling depositions once Defendants have processed the necessary authorizations and obtained records.

     In light of the outstanding discovery, the Parties respectfully request an extension of 60 days. Specifically, we request that all discovery, including fact and expert discovery, to be completed by January 14, 2022 (previously November 15, 2021). This is the Parties' first request

4815-2274-5328v.1

LANDMAN CORSI BALLAINE & FORD P.C.

to extend the discovery deadlines set forth in the scheduling order. The Parties' have previously requested extensions of time to file a second Amended Complaint and time to answer said complaint. All previous requests were granted. The parties have conferred and are in agreement with the proposed deadlines.

We thank the Court for its consideration in this request.

Best regards,

/s/

Patricia U. Hines

cc: Frederick K. Brewington, Esq.