```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LEONA KYLE,

                        Plaintiff,

        - against -

AMTRAK a/k/a NATIONAL RAILROAD
PASSENTER CORPORATION, LONG ISLAND
RAILROAD, METROPOLITAN TRANSIT
AUTHORITY, NEW YORK CITY TRANSIT
AUTHORITY d/b/a MTA NEW YORK CITY
TRANSIT, THE CITY OF NEW YORK, NEW
JERSEY TRANSIT AUTHORITY, and Jane
Doe, being an employee of AMTRAK,
whose name is currently unknown to
Plaintiff,

                        Defendants.
---------------------------------------X
```

**ORDER**

20 Civ. 5526 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         April 24, 2023

                                  _____
                                      NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE